*Heating & Lighting Co.,* 245 U. S. 631. *Mr. Edwin B. H. Tower, Jr.,* with whom *Mr. Melville Church* and *Mr. Wylie C. Margeson* were on the brief, for appellant. *Mr. Otto R. Barnett* for appellee.

---

No. 20, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. Submitted March 13, 1922. Decided March 20, 1922. Motion of the State of Arkansas for leave to file petition in intervention in this cause denied. *Mr. Walter Holland* for the State of Arkansas.

---

No. 299. LEON MOREL *v.* PERCY A. BAKER, AS SUPERINTENDENT OF IMMIGRATION STATION. Appeal from the Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted March 13, 1922. Decided March 20, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Lau Ow Bew* v. *United States,* 144 U. S. 47, 58; *Horn* v. *Mitchell,* 243 U. S. 247, 249. *Mr. Ernie Adamson,* for appellant. *Mr. Solicitor General Beck* and *Mr. H. S. Ridgely* for appellee.

---

No. 746. CARLOS C. CORBETT *v.* STATE OF SOUTH CAROLINA. Error to the Supreme Court of the State of South Carolina. Motion to dismiss submitted March 13, 1922. Decided March 20, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Schlosser* v. *Hemphill,* 198 U. S. 173, 175; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana,* 226 U. S. 99, 101; *Coe* v. *Armour Fertilizer Works,* 237 U. S. 413, 418, 419; *Bruce* v. *Tobin,* 245 U. S. 18, 19. (2) § 237, Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Cole L. Blease* and *Mr. W. C. Wolfe* for plaintiff in error. *Mr. Charles A. Douglas* and *Mr. Hugh H. Obear* for defendant in error.